1  Corey C. Watson (S.B.N. 204679)
   Email: cwatson@kirkland.com
2  KIRKLAND & ELLIS LLP
   777 South Figueroa Street, Suite 3400
3  Los Angeles, California 90017
   Telephone:   (213) 680-8400
4  Facsimile:   (213) 680-8500

5  Attorneys for Defendant Guardian Glass Company

6  *Please refer to the signature page for the complete*
   *list of attorneys and parties agreeing to this stipulation.*

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 NO JOB TO SMALL, INC., on Behalf of itself  )  CASE NO. CV 08-02372 MEJ
   and All Others Similarly Situated,          )
                                               )
12              Plaintiff,                      )  **STIPULATION TO EXTEND DEADLINES**
                                               )  **SET FORTH IN ORDER SETTING**
13         v.                                   )  **INITIAL CASE MANAGEMENT**
                                               )  **CONFERENCE AND ADR DEADLINES**
14 Pilkington North America, Inc., Nippon Sheet )
   Glass, AGC Group (f/k/a AFG Glass or AFG    )
15 Industries, Inc.), Asahi Glass Co., Ltd., Saint- )  [Proposed Order Concurrently Lodged]
   Gobain Corporation, Saint-Gobain SA, Guardian )
16 Glass Corporation, and Co-Conspirators I-X,  )
                                               )
17              Defendants.                     )
                                               )
18 _____ )

19

20

21

22

23

24

25

26

27

28                                -1-

K&E 13075987.

1    WHEREAS Plaintiff filed its complaint in the above-captioned case on May 8, 2008 [Docket

2    No. 1];[1]

3    WHEREAS by an order dated June 10, 2008, the Judicial Panel on Multidistrict Litigation

4    transferred twenty (20) actions to the Western District of Pennsylvania and noted additional tag-

5    along actions, including this case, that would be subject to a conditional transfer order;

6    WHEREAS on June 24, 2008, the Judicial Panel on Multidistrict Litigation issued an order

7    conditionally transferring this case (among others) to the Western District of Pennsylvania;

8    WHEREAS, on July 10, 2008, the transferee court in the Western District of Pennsylvania

9    held a pre-trial hearing to address, among other things, the plaintiffs' filing of a consolidated

10    amended complaint and the defendants' responses thereto;

11    WHEREAS in light of the anticipated transfer of this action and others to the Western

12    District of Pennsylvania, the parties have conferred and agree that the deadlines set forth in the

13    Court's Order Setting Initial Case Management Conference and ADR Deadlines filed on May 8,

14    2008, (the "May 8, 2008 Order") [Docket No. 2], should be stayed in anticipation of the transfer of

15    this case to the Western District of Pennsylvania;

16    WHEREAS a similar stipulation was agreed to by all parties and filed on June 27, 2008 in

17    *G&C Auto Body, Inc. v. Guardian Industries Corp., et al.*, Case No. 08-01990, a case which is also

18    subject to the June 24, 2008 conditional transfer order and is pending in the Northern District of

19    California;

20    THEREFORE, Plaintiff and Defendants, by and through their respective counsel of record,

21    hereby stipulate that the deadlines set forth in the Court's May 8, 2008 Order should be stayed

22    pending transfer and consolidation in the Western District of Pennsylvania.

23    FILER'S ATTESTATION: Pursuant to Order No. 45, Section X(B) regarding signatures,

24    Corey C. Watson attests that concurrence in the filing of this document has been obtained from each

25

26    [1]    Plaintiff named Guardian Glass Corporation, Saint-Gobain SA and AGC Group Defendants.
      However, Guardian Glass Corporation, Saint-Gobain SA and AGC Group are not legal
27    entities.

28                                        -2-

K&E 13075987.

1   of the signatories listed below.

2

3   DATED:  July 14, 2008                    /s/ Corey C. Watson

4                                            Corey C. Watson
                                             KIRKLAND & ELLIS LLP
5                                            777 South Figueroa Street, Suite 3400
                                             Los Angeles, CA 90017
6                                            Telephone:    (213) 680-8400
                                             Facsimile:    (213) 680-8500
7                                            E-Mail:       cwatson@kirkland.com

8                                            *Attorneys for Defendant Guardian Glass Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         -3-

K&E 13075987.

1    DATED: July 14, 2008                    /s/ Michael L. Meeks
                                             Michael L. Meeks (S.B.N. 172000)
2                                            E-Mail: meeksm@pepperlaw.com
                                             PEPPER HAMILTON LLP
3                                            Suite 1200
                                             4 Park Plaza
4                                            Irvine, CA 92614-5955
                                             Telephone: (949) 567-3509
5                                            Facsimile: (949) 863-0151

6
                                             Barbara T. Sicalides
7                                            PEPPER HAMILTON LLP
                                             3000 Two Logan Square
8                                            Eighteenth & Arch Street
                                             Philadelphia, PA 19103
9                                            Telephone:    (215) 981-4000
                                             Facsimile:    (215) 981-4750
10                                           E-Mail:       sicalidesb@pepperlaw.com

11
                                             *Attorneys for Defendant Pilkington North America, Inc.*
12                                           *and Nippon Sheet Glass Company, Ltd.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                             -4-
                                             Stipulation To Extend Deadlines Set Forth In Order
                                             Setting Initial Case Management Conference
                                             And ADR Deadlines; Case No. CV 08-02372 MEJ

K&E 13075987.

1     DATED:  July 14, 2008

/s/ Jeremy Calsyn
Jeremy Calsyn (S.B.N. 205062)
Mark Leddy
CLEARY GOTTLIEB
STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:    (202) 974-1500
Facsimile:    (202) 974-1999
E-Mail:        mleddy@cgsh.com

*Attorneys for Defendant Asahi Glass Co., Ltd.*

-5-

K&E 13075987.

1    DATED: July 14, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Richard B. Kendall
Richard B. Kendall
Irell & Manella LLP
1800 Avenue of Stars
Suite 900
Los Angeles, CA 90067
Telephone:     (310) 277-1010
Facsimile:     (310) 203-7199
E-Mail:        rkendall@irell.com

Paul S. Hessler
Thomas A. McGrath
LINKLATERS LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone:     (212) 903-9000
Facsimile:     (212) 903-9100
E-Mail:        paul.hessler@linklaters.com
E-Mail:        thomas.mcgrath@linklaters.com

*Attorneys for Defendant Saint-Gobain Corporation*

-6-

K&E 13075987.

1

DATED:  July 14, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Reginald Terrell
Donald Amamgbo
Amamgbo & Associates
7901 Oakport, Suite 4900
Oakland, CA 94621
Telephone:    (510) 615-6000
Facsimile:    (510) 615-6025

Reginald Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804
Telephone:    (510) 237-9700
Facsimile:    (510) 237-4616

*Attorneys for the Plaintiff*

-7-

K&E 13075987.

1

## PROOF OF SERVICE

2      I, Aida Ramos, am employed in the County of Los Angeles, State of California.  I am over

3   the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street,

4   Suite 3400, Los Angeles, California 90017.

5      On July 14, 2008, I served the following document:

6

7   1.   **STIPULATION TO EXTEND DEADLINES SET FORTH IN ORDER
        SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
8        DEADLINES**

9   on the interested parties listed below in this action as follows:

10  Richard B. Kendall                          Barbara T. Sicalides
    Irell & Manella LLP                         PEPPER HAMILTON LLP
11  1800 Avenue of Stars                        3000 Two Logan Square
    Suite 900                                   Eighteenth & Arch Street
12  Los Angeles, CA 90067                       Philadelphia, PA 19103
    Telephone:     (310) 277-1010
13  Facsimile:     (310) 203-7199               Michael L. Meeks
    E-Mail:        rkendall@irell.com           E-Mail:  meeksm@pepperlaw.com
14                                              PEPPER HAMILTON LLP
    Paul S. Hessler                             Suite 1200
15  Thomas A. McGrath                           4 Park Plaza
    LINKLATERS LLP                              Irvine, CA 92614-5955
16  1345 Avenue of the Americas                 Telephone:  (949) 567-3509
    New York, NY 10105                          Facsimile:  (949) 863-0151
17

18  *Attorneys for Defendant Saint-Gobain*      *Attorneys for Defendant Pilkington North*
    *Corporation*                               *America Inc. and Nippon Sheet Glass*
19                                              *Company, Ltd.*

20

21

22

23

24

25

26

27

28                                    -8-

K&E 13075987.

1 | Mark Leddy
Jeremy Calsyn
2 | CLEARY GOTTLIEB STEEN & HAMILTON
  | LLP
3 | 2000 Pennsylvania Avenue, NW
4 | Washington, DC 20006

Donald Amamgbo
Amamgbo & Associates
7901 Oakport, Suite 4900
Oakland, CA 94621
Telephone:    (510) 615-6000
Facsimile:    (510) 615-6025

5 | *Attorneys for Defendant Asahi Glass Co., Ltd.*

Reginald Terrell
6 | The Terrell Law Group
223 25th Street
7 | Richmond, CA 94804
Telephone:    (510) 237-9700
8 | Facsimile:    (510) 237-4616

9 | *Attorneys for the Plaintiff*

☒      **[Notice of Electronic Filing]** The document is being served this day on all counsel of

record identified above via transmission of Notices of Electronic Filing generated by CM/ECF,

provided they are a registered user.

☒      **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with

postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set

forth above.  I am familiar with the firm's practice of collection and processing correspondence for

mailing.  Under that practice it would be deposited with the United States postal service on that same

day with postage thereon fully prepaid in the ordinary course of business.

☒      **[Federal]** I declare that I am employed in the office of a member of the bar of this

court at whose direction the service was made.

Executed July 14, 2008, at Los Angeles, California.

Aida Ramos

-9-

K&E 13075987.

1  | Corey C. Watson (S.B.N. 204679)
   | Email:  cwatson@kirkland.com
2  | KIRKLAND & ELLIS LLP
   | 777 South Figueroa Street, Suite 3400
3  | Los Angeles, California  90017
   | Telephone:     (213) 680-8400
4  | Facsimile:     (213) 680-8500

5  | Attorneys for Defendant Guardian Glass Company

6  | *Please refer to the signature page for the complete*
   | *list of attorneys and parties agreeing to this stipulation.*

7

8  | UNITED STATES DISTRICT COURT

9

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | NO JOB TO SMALL, INC., on Behalf of itself    )    CASE NO. CV 08-02372 MEJ
   | and All Others Similarly Situated,            )

12 |                  Plaintiff,                   )    **[PROPOSED] ORDER EXTENDING**
   |                                               )    **DEADLINES SET FORTH IN ORDER**
13 |            v.                                 )    **SETTING INITIAL CASE MANAGEMENT**
   |                                               )    **CONFERENCE AND ADR DEADLINES**
14 | Pilkington North America, Inc., Nippon Sheet  )
   | Glass, AGC Group (f/k/a AFG Glass or AFG       )
15 | Industries, Inc.), Asahi Glass Co., Ltd., Saint- )
   | Gobain Corporation, Saint-Gobain SA, Guardian )
16 | Glass Corporation, and Co-Conspirators I-X,    )
   |                                               )
17 |                  Defendants.                  )
   |                                               )
18 | _____  )

19

20

21

22

23

24

25

26

27

28 |                            -1-

K&E 13076003.

1         WHEREAS Plaintiff filed its complaint in the above-captioned case on May 8, 2008 [Docket

2 No. 1];

3         WHEREAS by an order dated June 10, 2008, the Judicial Panel on Multidistrict Litigation

4 transferred twenty (20) actions to the Western District of Pennsylvania and noted additional tag-

5 along actions, including this case, that would be subject to a conditional transfer order;

6         WHEREAS on June 24, 2008, the Judicial Panel on Multidistrict Litigation issued an order

7 conditionally transferring this case (among others) to the Western District of Pennsylvania;

8         WHEREAS the transferee court in the Western District of Pennsylvania held a pre-trial

9 hearing on July 10, 2008, to address, among other things, the plaintiffs' filing of a consolidated

10 amended complaint and the defendants' responses thereto;

11         WHEREAS in light of the anticipated transfer of this action and others to the Western

12 District of Pennsylvania, the parties have conferred and agreed that the deadlines set forth in the

13 Court's Order Setting Initial Case Management Conference and ADR Deadlines filed on May 8,

14 2008, (the "May 8, 2008 Order") [Docket No. 2], should be stayed pending transfer of this case to

15 the Western District of Pennsylvania;

16         WHEREAS the parties have concurrently submitted a STIPULATION TO EXTEND

17 DEADLINES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT

18 CONFERENCE AND ADR DEADLINES, seeking the relief in this Order;

19         IT IS HEREBY ORDERED THAT the deadlines set forth in the Court's May 8, 2008 Order

20 shall be stayed pending transfer and consolidation of this case in the Western District of

21 Pennsylvania.

22

23 DATED: _____, 2008         _____

The Honorable Maria-Elena James

24                                 Judge of the United States District Court

Northern District of California

25

26

27

28                           -2-

K&E 13076003.

1

## PROOF OF SERVICE

2
     I, Aida Ramos, am employed in the County of Los Angeles, State of California.  I am over

3
the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street,

4
Suite 3400, Los Angeles, California 90017.

5
     On July 14, 2008, I served the following document:

6

7
    1.     **[PROPOSED] ORDER EXTENDING DEADLINES SET FORTH IN ORDER
SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES**

8

9
on the interested parties listed below in this action as follows:

10
Richard B. Kendall
Irell & Manella LLP

11
1800 Avenue of Stars
Suite 900

12
Los Angeles, CA 90067

13
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

14
E-Mail:     rkendall@irell.com

15
Paul S. Hessler

16
Thomas A. McGrath
LINKLATERS LLP

17
1345 Avenue of the Americas
New York, NY 10105

18

19
*Attorneys for Defendant Saint-Gobain
Corporation*

20

Barbara T. Sicalides
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Street
Philadelphia, PA 19103

Michael L. Meeks
E-Mail:  meeksm@pepperlaw.com
PEPPER HAMILTON LLP
Suite 1200
4 Park Plaza
Irvine, CA 92614-5955
Telephone:  (949) 567-3509
Facsimile:   (949) 863-0151

*Attorneys for Defendant Pilkington North
America Inc. and Nippon Sheet Glass
Company, Ltd.*

21

22

23

24

25

26

27

28

-3-

K&E 13076003.

1

Mark Leddy
Jeremy Calsyn

2

CLEARY GOTTLIEB STEEN & HAMILTON
LLP

3

2000 Pennsylvania Avenue, NW

4

Washington, DC 20006

Donald Amamgbo
Amamgbo & Associates
7901 Oakport, Suite 4900
Oakland, CA 94621
Telephone:     (510) 615-6000
Facsimile:     (510) 615-6025

5

*Attorneys for Defendant Asahi Glass Co., Ltd.*

6

7

8

Reginald Terrell
The Terrell Law Group
223 25th Street
Richmond, CA 94804
Telephone:     (510) 237-9700
Facsimile:     (510)  237-4616

9

*Attorneys for the Plaintiff*

☒     **[Notice of Electronic Filing]** The document is being served this day on all counsel of

10

11

record identified above via transmission of Notices of Electronic Filing generated by CM/ECF,

12

provided they are a registered user.

☒     **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with

13

14

postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set

15

forth above.  I am familiar with the firm's practice of collection and processing correspondence for

16

mailing.  Under that practice it would be deposited with the United States postal service on that same

17

day with postage thereon fully prepaid in the ordinary course of business.

☒     **[Federal]** I declare that I am employed in the office of a member of the bar of this

18

19

court at whose direction the service was made.

20

Executed July 14, 2008, at Los Angeles, California.

21

22

Aida Ramos

23

24

25

26

27

28

-4-

K&E 13076003.