Corey C. Watson (S.B.N. 204679)
Email: cwatson@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, California 90017
Telephone:   (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Defendant Guardian Glass Company

*Please refer to the signature page for the complete list of attorneys and parties agreeing to this stipulation.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO JOB TO SMALL, INC., on Behalf of itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Pilkington North America, Inc., Nippon Sheet Glass, AGC Group (f/k/a AFG Glass or AFG Industries, Inc.), Asahi Glass Co., Ltd., Saint-Gobain Corporation, Saint-Gobain SA, Guardian Glass Corporation, and Co-Conspirators I-X,<br><br>Defendants. | CASE NO. CV 08-02372 MEJ<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 3-16) FOR GUARDIAN GLASS COMPANY** |

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Plaintiff and Defendants; Guardian Automotive Products, Inc. (a parent of Guardian Glass Company[1]); Guardian Automotive, Inc. (a parent of Guardian Glass Company); and Guardian Industries Corp. (a parent of Guardian Glass Company).

DATED: July 14, 2008

/s/ Corey C. Watson
Corey C. Watson
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, CA 90017
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
E-Mail:     cwatson@kirkland.com

*Attorneys for Defendant Guardian Glass Company*

---

[1] Plaintiff named Guardian Glass Corporation. However, Guardian Glass Corporation is not a legal entity.

## PROOF OF SERVICE

I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On July 14, 2008, I served the following document:

1. **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 3-16) FOR GUARDIAN GLASS COMPANY**

on the interested parties listed below in this action as follows:

| | |
|---|---|
| Richard B. Kendall<br>Irell & Manella LLP<br>1800 Avenue of Stars<br>Suite 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>E-Mail: rkendall@irell.com<br><br>Paul S. Hessler<br>Thomas A. McGrath<br>LINKLATERS LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br><br>*Attorneys for Defendant Saint-Gobain Corporation* | Barbara T. Sicalides<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Street<br>Philadelphia, PA 19103<br><br>Michael L. Meeks<br>E-Mail: meeksm@pepperlaw.com<br>PEPPER HAMILTON LLP<br>Suite 1200<br>4 Park Plaza<br>Irvine, CA 92614-5955<br>Telephone: (949) 567-3509<br>Facsimile: (949) 863-0151<br><br>*Attorneys for Defendant Pilkington North America Inc. and Nippon Sheet Glass Company, Ltd.* |
| Mark Leddy<br>Jeremy Calsyn<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br><br>*Attorneys for Defendant Asahi Glass Co., Ltd.* | Donald Amamgbo<br>Amamgbo & Associates<br>7901 Oakport, Suite 4900<br>Oakland, CA 94621<br>Telephone: (510) 615-6000<br>Facsimile: (510) 615-6025<br><br>Reginald Terrell<br>The Terrell Law Group<br>223 25th Street<br>Richmond, CA 94804<br>Telephone: (510) 237-9700<br>Facsimile: (510) 237-4616<br><br>*Attorneys for the Plaintiff* |

K&E 13090597.

1     ☒    **[Notice of Electronic Filing]** The document is being served this day on all counsel of record identified above via transmission of Notices of Electronic Filing generated by CM/ECF, provided they are a registered user.

    ☒    **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

    ☒    **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed July 14, 2008, at Los Angeles, California.

_____
Aida Ramos