UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA  15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.                                    IN REPLYING, GIVE NUMBER
CLERK OF COURT                                          OF CASE AND NAMES OF PARTIES
412-208-7500

July 15, 2008

Clerk's Office
Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

Re:        No Job To Small v. Pilkington North America, CA 08-2372
           G&C Auto Body v. Guardian Industries Corp, CA 08-1990

Dear Clerk:

Enclosed find a certified copy of an order from the Judicial Panel on Multidistrict Litigation
transferring the above cases to the Western District of Pennsylvania.  Please electronically
transfer the cases to the Western District of Pennsylvania via CM/ECF, using the "extract civil
case for export" function.

Sincerely,

Colleen willer

Colleen Willison
Chief Deputy

cc: file
      Intake

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**JUL 1 0 2008**

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

08-180

FILED

08 JUL 21 PM 12: 53

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUN 2 4 2008**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### IN RE: FLAT GLASS ANTITRUST LITIGATION (NO. II)

MDL No. 1942

#### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 10, 2008, the Panel transferred nine civil actions to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Donetta W. Ambrose.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Ambrose.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Pennsylvania for the reasons stated in the order of June 10, 2008, and, with the consent of that court, assigned to the Honorable Donetta W. Ambrose.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

**JUL 1 0 2008**

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED FROM THE RECORD

Date_____2/15/08

ROBERT V. BARTH, JR., CLERK

By_____

Deputy Clerk

08-180

**IN RE: FLAT GLASS ANTITRUST LITIGATION (NO. II)**          **MDL No. 1942**

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**CALIFORNIA CENTRAL**
| CAC | 2 | 08-3144 | Century Bathworks, Inc. v. Guardian Industries Corp., et al. |
| CAC | 2 | 08-3386 | Girard Glass Corp. v. Guardian Industries Corp., et al. |

**CALIFORNIA NORTHERN**
| CAN | 3 | 08-2372 MEJ | No Job To Small, Inc. v. Pilkington North America, Inc., et al. |
| CAN | 4 | 08-1990 WDB | G&C Auto Body, Inc. v. Guardian Industries Corp., et al. |